IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to Case Number:<br><br>2:20-cv-01665-RMG |

## MOTION OF DEFENDANTS INCORPORATED VILLAGE OF EAST HAMPTON AND LAWRENCE FRANZONE TRAINING CENTER INC. FOR RECONSIDERATION PURSUANT TO FRCP 54(b)

Defendant Incorporated Village of East Hampton d/b/a East Hampton Fire Department ("Village"), by and through its attorneys Ford Marrin Esposito Witmeyer & Gleser, LLP, and the Lawrence Franzone Training Center, Inc. ("Training Center"), by and through its attorneys Hinshaw & Culbertson LLP, with the consent of the Defense Co-Leads per CMO 2A, submit this motion for reconsideration of the Court's June 24, 2025 decision (ECF No. 7416) that granted Plaintiff Town of East Hampton's motion for remand and/or for a suggestion that the JPML remand this action to the Eastern District of New York.

Dated: July 3, 2025

Respectfully submitted,

/s/ *Caroline McKenna*
Caroline McKenna
Ford Marrin Esposito
Witmeyer & Gleser, LLP
Wall Street Plaza
New York, New York 10005
Tel.: 212.269.4900
Fax: 212.344.4294
cmckenna@fordmarrin.com
*Counsel for INCORPORATED VILLAGE OF EAST HAMPTON d/b/a EAST HAMPTON FIRE DEPARTMENT*

/*s/Matthew Ferlazzo*
Matthew C. Ferlazzo
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: 212.471.6200
Fax: 212.935.1166
mferlazzo@hinshawlaw.com
*Counsel for LAWRENCE FRANZONE TRAINING CENTER INC.*

Filed with the Approval of,

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5547
Fax: (202) 434-5029
E-mail: jpetrosinelli@wc.com

/s/ Michael A. Olsen
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7120
Fax: (312) 706-8742
E-mail: molsen@mayerbrown.com
Co-lead Counsel for Defendants

Brian Duffy
DUFFY &YOUNG LLC
96 Broad Street
Charleston, SC 29401
Telephone: (843) 720-2044
Fax: (843) 720-2047
E-mail: bduffy@duffyandyoung.com

David E. Dukes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9451
Fax: (803) 256-7500
E-mail: david.dukes@nelsonmullins.com
Co-liaison Counsel for Defendants